PAUL T. TRIMMER, ESQ.
Nevada State Bar No. 9291
CHAD C. BUTERFIELD, ESQ.
Nevada State Bar No. 10532
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Fax: (702) 921-2461
Email: paul.trimmer@jacksonlewis.com
        chad.butterfield@jacksonlewis.com

*Attorney for Defendant*
*Maury Abrams LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |
|---|---|
| SUE MANG, an individual,<br><br>                         Plaintiff,<br>    vs.<br><br>MAURY ABRAMS LLC, a California limited liability company,<br><br>                         Defendant. | Case No. 2:26-cv-01529-RFB-DJA<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER TO EXTEND RESPONSIVE PLEADING DEADLINE**<br><br>**First Request** |

IT IS HEREBY STIPULATED by and between Plaintiff Sue Mang, ("Plaintiff"), by and through her counsel, Greenberg Gross LLP, and Defendant, Maury Abrams LLC ("Defendant"), by and through its counsel, Jackson Lewis P.C., that Defendant shall have a two-week extension, up to and including June 23, 2026, in which to respond to Plaintiff's complaint.

This Stipulation is submitted pursuant to LR IA 6-1. The requested extension is supported by good cause, as counsel for Defendant was only recently retained and requires additional time to investigate the issues raised in Plaintiff's complaint and to confer with Defendant as to same.

///

JACKSON LEWIS P.C.
LAS VEGAS

The requested extension is made in good faith and not for the purpose of delay. This is the first requested extension.

Dated this 9th day of June, 2026.

GREENBERG GROSS LLP                          JACKSON LEWIS P.C.


*/s/ Jorge Padilla*                              */s/ Chad C. Butterfield*
JEMMA E. DUNN, ESQ.                          PAUL T. TRIMMER, ESQ.
Nevada Bar No. 16229                         Nevada Bar No. 9291
MATTHEW T. HALE, ESQ.                        CHAD C. BUTTERFIELD, ESQ.
Nevada Bar No. 16880                         Nevada Bar No. 10532
JORGE "COCO" PADILLA                         300 S. Fourth Street, Suite 900
Nevada Bar No. 16295                         Las Vegas, Nevada 89101
1980 Festival Plaza Drive, Suite 730
Las Vegas, NV 89135                          *Attorneys for Defendant*
                                             *Maury Abrams LLC*
*Attorneys for Plaintiff*
*Sue Mang*




**ORDER**

IT IS SO ORDERED.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 6/11/2026