PAUL T. TRIMMER, ESQ.
Nevada State Bar No. 9291
TENESA S. POWELL, ESQ.
Nevada State Bar No. 12488
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Fax: (702) 921-2461
Email: paul.trimmer@jacksonlewis.com
Email: tenesa.powell@jacksonlewis.com

*Attorney for Defendant*
*Maury Abrams LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SUE MANG, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MAURY ABRAMS LLC, a California limited liability company,<br><br>Defendant. | Case No. 2:26-cv-01529-RFB-DJA<br><br>**STIPULATION AND ORDER TO CONTINUE EARLY NEUTRAL EVALUATION**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED by and between Plaintiff Sue Mang, ("Plaintiff"), by and through her counsel, Greenberg Gross LLP, and Defendant, Maury Abrams LLC ("Defendant"), by and through its counsel, Jackson Lewis P.C., that the Early Neutral Evaluation currently scheduled for October 19, 2026, at 9am, be vacated and continued to such a date as the Court deems appropriate. Good cause exists for the requested continuance. This Stipulation is submitted and based upon the following:

1. This case was assigned to the Early Neutral Evaluation Program under Local Rule 16-6, with Magistrate Judge Maximiliano D. Couvillier, III designated the evaluating judge.

2. Due to a medical condition, Ms. Powell's ability to prepare for and attend the ENE has been frustrated. Ms. Powell was scheduled to attend the ENE and Mr. Trimmer has an arbitration on the day following the ENE, with the date of the ENE already dedicated to witness preparation. Lead counsel requires additional time to review the case to become fully apprised on the matter, and to adequately prepare for the ENE.

3. This is the first request for a continuance of the ENE in this matter.

4. Defense counsel communicated with Plaintiff's counsel and Plaintiff's counsel does not object to the request to continue the ENE to a date convenient for the evaluating judge.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

The requested continuance is made in good faith and not for the purpose of delay and will permit lead counsel to participate in the Early Neutral Evaluation in a productive and informed matter.

Dated this 8th day of October, 2026.

GREENBERG GROSS LLP

*/s/Jorge Padilla*
JEMMA E. DUNN, ESQ.
Nevada Bar No. 16229
MATTHEW T. HALE, ESQ.
Nevada Bar No. 16880
JORGE "COCO" PADILLA
Nevada Bar No. 16295
1980 Festival Plaza Drive, Suite 730
Las Vegas, NV 89135

*Attorneys for Plaintiff*
*Sue Mang*

JACKSON LEWIS P.C.

*/s/Tenesa S. Powell*
PAUL T. TRIMMER, ESQ.
Nevada Bar No. 9291
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Attorneys for Defendant*
*Maury Abrams LLC*

The parties' request to continue the Early Neutral Evaluation is **GRANTED**. **IT IS ORDERED** that the Early Neutral Evaluation **CONTINUED** to **December 8, 2026, at 9am**. Settlement briefs must be emailed to Chambers by 4pm on December 1, 2026. All other aspects and obligations by the Court's 7/14/2026 Order (ECF No. 15) remain in effect.

**ORDER**

IT IS SO ORDERED.

Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

Dated: October 13, 2026